GALVESTON, HARRISBURG & SAN ANTONIO RAILWAY COMPANY
v. J. C. COOPER.

No. 30.

**Practice—Absence of Assignment of Error.**—Questions not presented by assignment of errors should not be considered on appeal by the Courts of Civil Appeals, and will not be considered by this court on application for writ of error.

APPLICATION FOR WRIT OF ERROR to Court of Civil Appeals, First District, in case on appeal from Fort Bend.

*Perryman, Gillaspie & Bullitt,* for the application.

STAYTON, CHIEF JUSTICE.—The motion for rehearing, as well as the application for writ of error, seek to raise some questions that do not appear to have been presented by assignments of error.

These were properly disregarded by the Court of Civil Appeals, and must be by this court, without intimating any opinion that if fully considered any other result than that reached by the Court of Civil Appeals could legally have been arrived at.

The questions passed upon were properly decided, although the application made of some cases cited may not have been strictly correct.

The application for writ of error will be refused.

*Application refused.*

Delivered March 9, 1893.